**Motion Granted; Brief filed January 18, 2022 Stricken; and Order filed August 4, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00083-CR
_____

**KENIA LASHAN WILKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1536960**

---

## ORDER

Appellant's brief includes charging documents as attachments, in association with a witness who testified during appellant's trial. Those documents reference a victim's date of birth and the address and date of birth of the witness. The State has filed a motion requesting redaction of these references. The motion is GRANTED and the brief is STRICKEN.

Appellant is ordered to file a brief within **10 days** of the date of this order that does not include unredacted references to a victim's date of birth and the witness's address and date of birth.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.